# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JAMES WAYNE PLUNKETT,**
**ADC # 085162**                                                                                          **PLAINTIFF**

**V.**                              **Case No. 3:10CV00143 JMM**

**SHERI FLYNN,** *et al.*                                                                                 **DEFENDANTS**

### JUDGMENT

In accordance with the Court's Order entered this date, Plaintiff's case is hereby DISMISSED. The Court certifies that an *in forma pauperis* appeal taken from this order and judgment would be frivolous and not taken in good faith.

IT IS SO ORDERED this  7  day of  September, 2010.


_____
UNITED STATES DISTRICT JUDGE